

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2021

No. 04-20-00436-CV

**IN THE INTEREST OF N.N.C. AND G.L.N**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02273
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file its brief is GRANTED. Appellee's brief is due on or before **January 25, 2021**.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2021.



_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court